## Commonwealth *v.* Gardner, Appellant.

Argued March 24, 1972. *Joseph Litt,* for appellant; *William P. Boland,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Greear, Appellant.

Submitted March 13, 1972. *Hugh S. Rebert,* Assistant Public Defender, and *Gerald E. Ruth,* Public Defender, for appellant; *Robert J. Wire, Jr.,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.